IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TRANS UNION, LLC, CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) | Case No. 25 C 10320<br>MDL No. 3170<br>Judge Robert W. Gettleman<br>Magistrate Judge David Weisman |

## CASE MANAGEMENT ORDER #1

By order dated December 16, 2025, the Judicial Panel on Multidistrict Litigation ("JPML") has transferred to this Court the civil actions listed in Attachment A to this Order, under MDL Case No. 3170. The JPML has subsequently entered conditional transfer orders in other cases, and it is expected that additional cases will be transferred to this Court hereafter. It appears to the Court that these cases merit special attention as complex litigation. For these reasons, the Court enters the following order:

1. Applicability of order. Pending further order by this Court, this order shall govern the practice and procedure in the actions that the JPML has transferred and is transferring to this Court as part of MDL No. 3170. This Order also applies to all cases filed in the Northern District of Illinois that have been or will be reassigned to the undersigned judge as part of MDL No. 3170. The Order will also apply to any "tag-along" actions later filed in, removed to, or transferred to this Court.

2. Consolidation of actions. All actions that have been or are hereafter transferred to the undersigned judge as part of MDL No. 3170, whether originally filed in this district or elsewhere, are consolidated for pretrial purposes. Any actions later filed in, removed to, or transferred to this Court will be consolidated automatically with this action, without the need for

1

a motion or entry of an order by the Court. This consolidation does not constitute a determination that the actions should be consolidated for trial, and it does not have the effect of making anyone or any entity a party to any action in which he, she, or it has not been named as a party.

3. Filing. The Clerk is maintaining a master case file under the heading "In re Trans Union, LLC, Customer Data Security Breach Litigation," Case Number 25 CV 10320, MDL No. 3170. All filings with the Clerk should be made under that caption and these case numbers. When a party intends that something it is filing applies to all of the consolidated actions, the party should indicate that by using the words "This Document Relates to All Cases" in or just after the case caption. When a party intends that something it is filing applies only to some of the consolidated actions, the party making the filing should file it under Case Number 25 CV 10320, MDL No. 3170, and under the individual case number(s) assigned to the particular case(s). The party making such a filing should indicate that by using the words "This Document Relates to [fill in case number(s)]" in or just after the case caption.

4. Service list. This order is being served upon the counsel whose appearances are currently listed on the docket of Case Number 25 CV 10320 as of the date the order is docketed. Counsel who receive this order via electronic filing are requested to forward a copy to any other attorneys who have filed appearances in cases that have been or are being transferred to this Court.

5. Extension and stay.

    a. Responses to complaints. Any defendant that has not yet responded to a complaint in which it is named as a defendant will be granted an extension of time for responding to the complaint until a date to be set later by this Court.

    b. Discovery. Pending the initial conference and until further order of this Court, all outstanding discovery is stayed, and no further discovery may be initiated. Relief from this stay may be granted for good cause shown, such as the ill health of a proposed deponent.

    c. Pending motions. All pending motions that predate transfer of any action are hereby terminated without prejudice and must be refiled in this Court.

6. To eliminate delays associated with transfer of cases filed in or removed from other federal district courts to this Court, and to promote judicial efficiency, any plaintiff whose case would be subject to transfer to MDL No. 3170 may file their case directly in the United States District Court for the Northern District of Illinois, noting on the civil cover sheet that the case is related to Case Number 25 CV 10320 and MDL No. 3170. All plaintiffs directly filing in the U.S. District Court, Northern District of Illinois, are required to pay the standard New Action Filing Fee to initiate the case.

7. All counsel of record must be admitted to practice and in good standing in this court or apply to be admitted pro hac vice in this litigation pursuant to Local Rule 83.14.

8. The Clerk's Office is directed to add all counsel of record in MDL 3170 on the lead case docket 25 CV 10320 to receive e-notifications.

**ENTER:**

*/s/ Robert W. Gettleman*
**Robert W. Gettleman
United States District Judge**

**DATE:**   **December 18, 2025**