IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TRANS UNION, LLC, CUSTOMER | ) | Case No. 25 C 10320 |
| DATA SECURITY BREACH LITIGATION | ) | MDL No. 3170 |
| | ) | Judge Robert W. Gettleman |
| | ) | Magistrate Judge David Weisman |

## CASE MANAGEMENT ORDER #2

Pursuant to Fed. R. Civ. P. 16.1, the parties are directed to meet and confer and submit a report addressing the parties' views on the following matters:

1. Whether leadership counsel should be appointed and, if so:

    a. the timing of the appointments;

    b. the structure of leadership counsel;

    c. the procedure for selecting leadership and whether the appointments should be reviewed periodically;

    d. their responsibilities and authority in conducting pretrial activities and any role in facilitating resolution of the MDL proceedings;

    e. the proposed methods for regularly communicating with and reporting to the court and nonleadership counsel;

    f. any limits on activity by nonleadership counsel; and

    g. whether and when to establish a means for compensating leadership counsel.

2. Whether any previously entered scheduling or other orders should be vacated or modified;

3. A schedule for additional management conferences with the court;

1

4. How to manage the direct filing of new actions in the MDL proceedings;

5. Whether related actions have been—or are expected to—be filed in other courts, and whether to adopt additional methods for coordinating with them;

6. Whether consolidated pleadings should be filed;

7. How and when the parties will exchange information about the factual bases for their claims and defenses;

8. Discovery, including any difficult issues that may arise;

9. Any likely pretrial motions;

10. Whether any matters should be referred to a magistrate judge or a master; and

11. The principal factual and legal issues likely to be presented.


This report should be filed by January 15, 2025. The court will conduct an initial case management hearing on January 27, 2025, at 10:30 a.m. After viewing the report, the court will decide whether this hearing will be in-person or on WebEx and notify the parties accordingly.


**ENTER:**


**Robert W. Gettleman**
**United States District Judge**


**DATE:     December 18, 2025**

2